PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY  CA:2:05CV968-T

| United States District Court | District MIDDLE |
|---|---|

| Name (under which you were convicted): RASHAD C. LEE | Docket or Case No.: CC-00.61 |
|---|---|
| Place of Confinement: LIMESTONE CORRECTIONAL FACILITY | Prisoner No.: 213823 |

| Petitioner (include the name under which you were convicted) | Respondent (authorized person having custody of petitioner) |
|---|---|
| RASHAD C. LEE | v. BILLY MITCHEM |
| The Attorney General of the State of ALABAMA, TROY KING | |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   BULLOCK COUNTY CIRCUIT COURT UNION SPRINGS, ALABAMA

   (b) Criminal docket or case number (if you know): CC-00.61

2. (a) Date of the judgment of conviction (if you know): NOVEMBER 2, 2000
   (b) Date of sentencing: NOVEMBER 2, 2000

3. Length of sentence: LIFE

4. In this case, were you convicted on more than one count or of more than one crime?   Yes ☐   No ☑*

5. Identify all crimes of which you were convicted and sentenced in this case: INTENTIONAL MURDER
   FIRST DEGREE MURDER

6. (a) What was your plea? (Check one)

   (1) Not guilty ☐        (3) Nolo contendere (no contest) ☐
   (2) Guilty ☑            (4) Insanity plea ☐

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?_____

_____ N/A _____

(c) If you went to trial, what kind of trial did you have? (Check one)

    Jury ☐       Judge only ☒*

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    Yes ☒ No ☐

8. Did you appeal from the judgment of conviction?

    Yes ☒ No ☐

9. If you did appeal, answer the following:

    (a) Name of court: __BULLOCK COUNTY CIRCUIT COURT__

    (b) Docket or case number (if you know): __CC-00.61__

    (c) Result: __RULE #32 PETITION DISMISSED__

    (d) Date of result (if you know): __JANUARY 2002__

    (e) Citation to the case (if you know): _____

    (f) Grounds raised: __INVOLUNTARY GUILTY PLEA, INEFFECTIVE ASSISTANCE OF TRIAL COUNSEL, NO FACTUAL BASIS FOR ACCEPTING GUILTY PLEA.__

    (g) Did you seek further review by a higher state court?    Yes ☒* No ☐

    If yes, answer the following:

        (1) Name of court: __**ALABAMA APPEAL COURT**__

        (2) Docket or case number (if you know): __CR-01-0898__

        (3) Result: __**AFFIRMED** TRIAL COURT DECISION__

        (4) Date of result (if you know): __5 /24/ 02__

        (5) Citation to the case (if you know): _____

        (6) Grounds raised: __SAME AS ABOVE__

(h) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐ No ☑*

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

    Yes ☑ No ☐

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: **BULLOCK COUNTY TRIAL COURT**

    (2) Docket or case number (if you know): **CC-00.61**

    (3) Date of filing (if you know): **10/30/01**

    (4) Nature of the proceeding: **RULE 32 PROCEEDINGS**

    (5) Grounds raised: **SAME AS # 9**

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        Yes ☐ No ☑*

    (7) Result: _____

    (8) Date of result (if you know): _____

    (b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: **BULLOCK COUNTY CIRCUIT COURT**

    (2) Docket or case number (if you know): **CC-00.61.62**

    (3) Date of filing (if you know): **NOVEMBER 9, 2004**

    (4) Nature of the proceeding: **RULE 32**

    (5) Grounds raised: **TRIAL COURT WAS WITHOUT JURISDICTION TO IMPOSE SENTENCE OR RENDER JUDGEMENT TO A GUILTY PLEA TO AN OFFENSE NOT ENCOMPASSED IN THE INDICTMENT**

Page 5

_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
  Yes ❏  No ☒*

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____ **N/A** _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____
_____
_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
  Yes ❏  No ❏

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

  (1) First petition:      Yes ☒* No ❏
  (2) Second petition:  Yes ☒* No ❏
  (3) Third petition:    Yes ❏  No ❏

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _____
_____
_____
_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

**GROUND ONE:** THE TRIAL COURT LACKED JURISDICTION TO ACCEPT A GUILTY PLEA TO AN OFFENSE THAT I WAS NOT INDICTED FOR

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): On 11-2-00 I pleaded guilty to first degree murder an offense that I was not indicted for, nor an offense that was an lesser included offense in my Intentional Murder indictment. This was proven by my trial transcripts, and the trial courts changed the transcripts to try to circumvent the fact that it had infact accepted my plea to an offense that no longer exsisted in this state as I alleged in my petition.

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

(c) **Direct Appeal of Ground One:**

 (1) If you appealed from the judgment of conviction, did you raise this issue?
  Yes ☐ No ☑*

 (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: I did not go direct appeal on any of the grounds I only went Rule 32 on both appeals.

(d) **Post-Conviction Proceedings:**

 (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
  Yes ☑ No ☐

 (2) If your answer to Question (d)(1) is "Yes," state:

 Type of motion or petition: **RULE 32 PETITION**

 Name and location of the court where the motion or petition was filed: **BULLOCK COUNTY CIRCUIT COURT  UNION SPRINGS, ALABAMA**

 Docket or case number (if you know): CC-00.61.62

 Date of the court's decision: JANUARY 7, 2004

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?
   Yes ❏   No ☒*

(4) Did you appeal from the denial of your motion or petition?
   Yes ☒*   No ❏

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
   Yes ☒*   No ❏

(6) If your answer to Question (d)(4) is "Yes," state:
   Name and location of the court where the appeal was filed: __ALABAMA APPEAL COURT MONTGOMERY, ALABAMA__
   Docket or case number (if you know): __CR-04-0961__
   Date of the court's decision: __6/17/05__
   Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: __WRIT OF CERTIORARI TO THE ALABAMA SUPREME COURT__

**GROUND TWO:** __TRIAL COURT LACKED JURISDICTION TO IMPOSE SENTENCE BECAUSE OF VOID INDICTMENT BECAUSE OF § 12-16-204__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): __My indictment failed to state, show, or prove the number of grandjurors that voted to indict me under §12-16-204 Code of Alabama__

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

(c) **Direct Appeal of Ground Two:**

  (1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☐  No ☒

  (2) If you did not raise this issue in your direct appeal, explain why: I RAISED IT IN MY RULE 32

_____

(d) **Post-Conviction Proceedings:**

  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
    Yes ☒  No ☐

  (2) If your answer to Question (d)(1) is "Yes," state:

  Type of motion or petition: rule 32 petition

  Name and location of the court where the motion or petition was filed: BULLOCK COUNTY CIRCUIT COURT

  Docket or case number (if you know): CC-00.61.62

  Date of the court's decision: 1/7/2005

  Result (attach a copy of the court's opinion or order, if available): _____

_____

  (3) Did you receive a hearing on your motion or petition?
    Yes ☐  No ☒

  (4) Did you appeal from the denial of your motion or petition?
    Yes ☒  No ☐

  (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
    Yes ☒  No ☐

  (6) If your answer to Question (d)(4) is "Yes," state:

  Name and location of the court where the appeal was filed: ALABAMA COURT OF CRIMINAL APPEAL   MONTGOMERY, ALABAMA

  Docket or case number (if you know): CR-04-0961

  Date of the court's decision: JUNE 17, 2005

  Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____
_____
_____
_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: __WRIT OF CERTIORARI TO THE ALABAMA SUPREME COURT__
_____
_____
_____

GROUND THREE: __TRIAL COURT WAS WITHOUT JURISDICTION TO ADJUDGE LEE GUILTY OF FIRST DEGREE MURDER WHEN INDICTED FOR INTENTIONAL__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): __Upon the Trial court accepting my guilty plea to first degree murder the trial court also adjudge me guilty of both intentional and first degree murder and changed the record on appeal to circumvent the fact that it did that.__
_____
_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____
_____
_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: __I RAISED IT IN MY RULE 32__
_____
_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☒ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: __RULE 32 PETITON__

Name and location of the court where the motion or petition was filed: __BULLOCK COUNTY CIRCUIT COURT UNION SPRINGS, ALABAMA__

Docket or case number (if you know): __CC-00.61.62__

Date of the court's decision: __JANUARY 7, 2005__

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?

   Yes ☐  No ☒*

(4) Did you appeal from the denial of your motion or petition?

   Yes ☒*  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

   Yes ☒*  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: __ALABAMA APPEAL COURT MONTGOMERY, ALABAMA__

   Docket or case number (if you know): __CR-04-0961__

   Date of the court's decision: __JUNE 17, 2005__

   Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

(e) **Other Remedies**: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: __ALABA-MA SUPREME COURT__

**GROUND FOUR:** __TRIAL COURT WAS WITHOUT JURISDICTION TO AMEND THE INDICTMENT TO CHARGE A NEW OFFENSE OF FIRST DEGREE MURDER__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): __I was originally indicted on the charge of Intentional Murder and the Trial Court amended the indictment to charge Murder in the First Degree a new Charge.__

_____
_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____
_____
_____
_____

(c) **Direct Appeal of Ground Four:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ❑  No ☒*

   (2) If you did not raise this issue in your direct appeal, explain why: I RAISED IT IN MY Rule 32 PETITION

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

      Yes ☒* No ❑

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: RULE 32 PETITION

   Name and location of the court where the motion or petition was filed: BULLOCK COUNTY CIRCUIT COURT   UNION SPRINGS, ALABAMA

   Docket or case number (if you know): CC-00.61.62

   Date of the court's decision: JANUARY 7, 2005

   Result (attach a copy of the court's opinion or order, if available): _____
_____

   (3) Did you receive a hearing on your motion or petition?

      Yes ❑  No ☒*

   (4) Did you appeal from the denial of your motion or petition?

      Yes ☒* No ❑

   (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

      Yes ☒* No ❑

   (6) If your answer to Question (d)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: ALABMA APPEAL COURT   MONTGOMERY, ALABAMA

   Docket or case number (if you know): CR-04-0961

   Date of the court's decision: JUNE 17, 2005

   Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: **PETITON FOR WRIT OF CERTIORARI TO THE ALABAMA SUPREME COURT**

_____

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   Yes ☒   No ☐

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   Yes ☐   No ☒*

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?    Yes ☐    No ☑*

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

    _____

    _____

    _____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: __**PAUL BRUNSON  475 COURT SQUARE    CLAYTON, AL**__
    __**36016**__

    (b) At arraignment and plea: __**KEITH AUSBORN  1224 RYAN STREET**__
    __**MONTGOMERY, ALABAMA  36107**__

    (c) At trial: _____

    (d) At sentencing: __**KEITH AUSBORN  1224 RYAN STREET**__
    __**MONTGOMERY, ALABAMA  36107**__

    (e) On appeal: _____

    (f) In any post-conviction proceeding: _____

    (g) On appeal from any ruling against you in a post-conviction proceeding: _____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐    No ☑*

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

    (b) Give the date the other sentence was imposed: _____

    (c) Give the length of the other sentence: _____

    (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    Yes ☐ No ☐

Page 14

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

Because all of the claims that are presented in the state court challenges the Trial Court Jurisdiction on the state level and are considered to be Jurisdictional claims, and therefore the Federal Courts should hold the claims presented jurisdictional on the Federal Level and entertain them and if not then it would be a miscarriage of justice to leave me in prison on a crime that does not exsist anymore in this state just because I failed to file my Federal Petition in time with the 28 U.S.C §2244(d), and further more a claim that a Constitutional Right has been violated should be heard by any court by at any time if the lower courts have been given ample time to review the claim(s) and failed to therefore address them.

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —
   (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
   (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
   (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
   (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: <u>To Vacate the conviction and sentence, and order that the petitioner be immediately released and to give the state the opportunity to re-indict or to allow the petitioner to remain free.</u> or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ <u>September 30, 2005</u> (month, date, year).

Executed (signed) on <u>September 30, 2005</u> (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____

* * * * *