AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

___Middle___ District of ___Alabama___

RECEIVED
2005 OCT 11 A 10: 22

Rashad Lee
Plaintiff

V.

Billy Mitchem et al
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: CA: 2:05cv968-T

I, ___Rashad Lee___ declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.  1/2000  $75.00 wkly  Dixie Land Express  Decatur, AL

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☑ No
   b. Rent payments, interest or dividends             ☐ Yes    ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes    ☑ No
   d. Disability or workers compensation payments      ☐ Yes    ☑ No
   e. Gifts or inheritances                            ☐ Yes    ☑ No
   f. Any other sources                                ☑ Yes    ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

*Very little money from family. I expect to receive not much now due to the inflation in living*

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   If any of your dependants are minors, please do not list their full name; just list their initials.

   *R.L., R.L., Z.L. nothing because I can't contribute anything to them from in here*

I declare under penalty of perjury that the above information is true and correct.

9/12/05 _____      
Date                                  Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

JR

I declare under penalty of perjury that the foregoing is true and Correct. Executed on 9/12/05.

*Rushad Lee* 213823
Signature of Affiant

## CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ 1.83 on account to his credit at the Limestone Correctional Facility institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said Institution:

I further certify that he had the Average sum on account at this institution as of the first day of each month of the immediate preceding months [ not to exceed six (6) months ].

A. $ _____ on the First day of _____
B. $ _____ on the First day of _____
C. $ _____ on the First day of _____
D. $ _____ on the First day of _____
E. $ _____ on the First day of _____
F. $ _____ on the First day of _____

*Martha Hilkin Acct-Clerk*
Authorized Officer of Institution

Date: 9/12/05

```
                         STATE OF ALABAMA
                      DEPARTMENT OF CORRECTIONS
                     LIMESTONE CORECTIONAL FACILITY


AIS #: 213823        NAME: LEE, RASHAD                     AS OF: 09/12/2005

                      # OF       AVG DAILY        MONTHLY
             MONTH    DAYS        BALANCE         DEPOSITS
    ------------------------------------------------------------------

             SEP       18          $25.87            $0.00
             OCT       31          $30.80          $210.00
             NOV       30          $32.81           $60.00
             DEC       31          $44.89          $175.90
             JAN       31           $4.91           $20.00
             FEB       28          $36.39          $115.00
             MAR       31          $85.05          $305.00
             APR       30          $73.15           $20.00
             MAY       31           $2.50           $50.00
             JUN       30           $8.32           $76.00
             JUL       31           $3.57           $25.00
             AUG       31           $3.64           $45.00
             SEP       12          $14.22           $51.65
```