**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Troy King
    11 S. Union St.
    Mont. AL
    36130

2. Article Number
    (Transfer from service label)
    7004 2510 0001 0150 2992

PS Form 3811, February 2004    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
    X  Taylor    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
    10/19/05

D. Is delivery address different from item 1? ☐ Yes
    If YES, enter delivery address below: ☐ No

    2:05 CV 968

3. Service Type
    ☑ Certified Mail    ☐ Express Mail
    ☐ Registered       ☑ Return Receipt for Merchandise
    ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

102595-02-M-1540