**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Billy Mitchem
Limestone Corr. Fac.
28779 Nick Davis
Harvest, AL 35749

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Timothy J. [signature]    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )
Timothy J. Sisinski

C. Date of Delivery
9-14

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

2:05CV968-T

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7004 2510 0001 0150 2985

Domestic Return Receipt    102595-02-M-1540