IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHER DIVISION

| | |
|---|---|
| RASHAD C. LEE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | )   05-CV-968-T |
| BILLIE MITCHEM, WARDEN, | ) |
| et al., | ) |
| | ) |
| Respondents. | ) |

## MOTION FOR ENLARGEMENT

Come the Respondents in the above-styled cause and request an enlargement of twenty-one days to respond to this Court's Order to Show Cause. Counsel for the Respondents has been involved in other work in the Federal district courts and the appellate courts of the State of Alabama and therefore has had insufficient time in which to complete Respondents's Answer.

Wherefore, in consideration of the aforementioned reasons, the Respondents pray that this Honorable Court will grant this request for twenty-one days to respond to Lee's habeas corpus petition.

I am this date mailing a copy of this request for an extension of time to the petitioner.

Respectfully submitted,

Troy King (KIN047)
Attorney General
By:

Jack W. Willis
Assistant Attorney General
(WIL 075)

2

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>2nd</u> day of November, 2005, I did serve a copy of the foregoing on Lee by placing the same in the United States Mail, first class postage prepaid and addressed as follows:

    Rashad C. Lee
    AIS #213823
    Limestone Correctional Facility
    28779 Nick Davis Road
    Harvest, Alabama 35749-7009

_____
JACK W. WILLIS
ASSISTANT ATTORNEY GENERAL
(WIL 075)

ADDRESS OF COUNSEL:

Office of the Attorney General
Criminal Appeals Division
Alabama State House
11 South Union Street
Montgomery AL  36130-0152
(334) 242-7300

227577/86747-001