IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| RASHAD C. LEE, #213 823 | * |
| Petitioner, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-968-T |
| BILLIE MITCHEM, WARDEN, *et al.*, | * |
| Respondents. | * |

_____

**ORDER ON MOTION**

Upon consideration of Respondents' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. The Motion for Extension of Time (Doc. No. 7) is GRANTED; and

2. Respondents are GRANTED an extension from November 7, 2005 to November 28, 2005 to file their answer.

Done this 10th day of November, 2005.

　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE