RECEIVED
2005 NOV 17 A 9:33
[District Court stamp]

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RASHAD C. LEE, #213823 | * |
| | * |
| Petitioner, | * |
| | * |
| V. | *   CIVIL ACTION NO.2:05-CV-968-T |
| | * |
| BILLIE MITCHEM, WARDEN, et al., | * |
| | * |
| Respondents. | * |

# MOTION TO AMEND

Comes now, appellant, **RASHAD C. LEE,** by and through himeslf without the benefit of counsel, pursuant to Rule 27 FRAP, and prays that this Honorable Court will grant his Motion to amend the enclosed documents for the courts consideration in the above styled case number. Lee would show cause for granting motion as follows:

[1]

SCANNED

1. This Honorable granted petitioner's motion to proceed in forma pauperius, and entered an **ORDER** on the same on the 14th of October 2005.

2. Petitioner is currently challenging his conviction and sentence pursuant to 28 U.S.C. § 2254 for habeus corpus relief and requests that this Honorable court consider into evidence the following documents that includes copies of all original documents that petitioner wishes this Honorable Court to review in support of his instant petition.

3. In the instant motion petitioner asks that this Honorable Court take upon consideration of said motion that petitioner is a prose litigaTor and that petitioner has to best of his ability complied with the Federal Rules Of Appellant Procedures.

4. Petitioner has included the following documents for the state and the Court's Magistrates review in support of his petition to wit:
(a) **OFFICIAL COURT REPORTER TRANSCRIPTS (dated filed:March 8,2002)**
(b) **LETTER FROM APPELLANT"S DEFENSE COUNSEL AT TIME OF PLEA**
(c) **DEFENDANT IRELAND FORM**
(d) **SENTENCING ORDER OF DEFENDANT BY THE COURT**
(e) **APPELLANT'S BRIEF**
(f) **ALTERED AMENDED TRANSCRIPTS TO APPEAL COURTS**

<u>RELIEF REQUESTED</u>

That this Honorable Court take into serious consideration the enclosed documents in support of Appellant's contentions in his Habeus Corpus **petition** and grant this motion to amend, and also the Writ.

Rashad Lee,
L.C.F. 28779 NICK DAVIS ROAD
HARVEST, ALABAMA, 35749

*/s/ Rashad Lee*

[2]

## C E R T I F I C A T E   O F   S E R V I C E

I hereby Certify that I, on the 26th day of October 2005, I have served atrue copy of the foregoing to the Clerk of The United States Distrcict Court,and the Attorney General of the State of Alabama,Troi King,copies of Appellant's Trial Transcripts,Ireland Form,Sentencing Order,and Letter from Attorney on Record at the time of Guilty Plea was given ,Sentencing Order from Circuit Court, and Appellant's Brief in support of His Habeus Corpus Petition, by placing the same in the institutional mailbox herein Limestone Correctional Facility,postage prepaid.

CC: CLERK OF DISTRCIT COURT: DEBRA HACKETT
    ATTORNEY GENERAL: TROY KING