| State of Alabama Unified Judicial System | **EXPLANATION OF RIGHTS AND PLEA OF GUILTY** (Habitual Offender — Circuit or District Court) | Case Number CC-2000-61-L.B. ☐ Count _____ (count #, if applicable) |
|---|---|---|
| Form CR-52 (front)   Rev. 8/2000 | | |

IN THE _CIRCUIT_ COURT OF _BULLOCK_, ALABAMA
(Circuit or District)         (Name of County)

STATE OF ALABAMA V. _RASHAAD L.G._____
                                                        Defendant

TO THE ABOVE-NAMED DEFENDANT: After the court was informed that you wish to enter a plea of guilty in this case, this is to inform you of your rights as a criminal defendant.

**PENALTIES APPLICABLE TO YOUR CASE**

You are charged with the crime of _____ which is a Class ___ (1st) Felony. The court has been informed that you desire to enter a plea of guilty to ☒ this offense or ☐ to the crime of _____ which is a Class ___ Felony. The sentencing range for the above crime(s) is set out below:

| FELONY | |
|---|---|
| Class A | Not less than ten (10) years and not more than life or ninety-nine (99) years imprisonment in the state penitentiary, and may include a fine not to exceed $20,000. |
| Class B | Not less than two (2) years and not more than twenty (20) years imprisonment in the state penitentiary, and may include a fine not to exceed $10,000. For imprisonment not more than 3 years, confinement may be in county jail and sentence may include hard labor for county. |
| Class C | Not less than one (1) year and one (1) day and not more than ten (10) years imprisonment in the state penitentiary, and may include a fine not to exceed $5,000. For imprisonment not more than 3 years, confinement may be in county jail and sentence may include hard labor for county. |

You will also be ordered to pay the costs of court, which may include the fees of any appointed attorney, and restitution if there is any. You will also be ordered to pay an additional monetary penalty for the use and benefit of the Alabama Crime Victims Compensation Commission of not less than $50 and not more than $10,000 for each felony and not less than $25 and not more than $1,000 for each misdemeanor for which you are convicted.

As a reported habitual offender, you are further advised that the Alabama Habitual Offender Act, §13A-5-9, as amended by Act 2000-759 provides the following enhanced punishment for anyone who has been previously convicted of one or more felonies and who then is convicted of a subsequent felony:

| Prior Felonies → This offense | | One Prior Felony | Two Prior Felonies | Three + Prior Felonies |
|---|---|---|---|---|
| Class C Felony | 1 Yr. & 1 Day — 10 Years In State Penitentiary Fine Up To $5,000 | 2—20 Years In State Penitentiary Fine Up To $10,000 | 10 — 99 Years or Life In State Penitentiary Fine Up To $20,000 | 15 — 99 Years or Life In State Penitentiary Fine Up To $20,000 |
| Class B Felony | 2 — 20 Years In State Penitentiary Fine Up To $10,000 | 10 — 99 Years or Life In State Penitentiary Fine Up To $20,000 | 15— 99 Years or Life In State Penitentiary Fine Up To $20,000 | Mandatory Life Imprisonment or any term of not less than 20 years Fine Up To $20,000 |
| Class A Felony (No prior convictions for a Class A Felony) | 10 — 99 Years or Life In State Penitentiary Fine Up To $20,000 | 15 — 99 Years or Life In State Penitentiary Fine Up To $20,000 | Life Imprisonment or Any Term Of Years Not Less Than 99 Fine Up To $20,000 | Mandatory Imprisonment For Life or Life Imprisonment Without Possibility of Parole Fine Up To $20,000 |
| Class A Felony (One or more prior convictions for any Class A Felony) | 10 — 99 Years or Life In State Penitentiary Fine Up To $20,000 | Mandatory Imprisonment For Life Without Possibility of Parole Fine Up to $20,000 | Mandatory Imprisonment For Life Without Possibility of Parole Fine Up to $20,000 | Mandatory Imprisonment For Life Without Possibility of Parole Fine Up to $20,000 |

This crime is also subject to the following enhancements or additional penalties as provided by law: (Provisions Checked Apply To Your Case)

☐ **Enhanced Punishment For Use Of Firearm Or Deadly Weapon:** §13A-5-6, *Code of Alabama* 1975, provides for sentence enhancement where a "firearm or deadly weapon was used or attempted to be used in the commission of a felony." This section provides for the following punishment in such event: For the commission of a Class A Felony, a term of imprisonment of not less than 20 years; for the commission of a Class B or Class C Felony, a term of imprisonment of not less than 10 years;

☐ **Enhanced Punishment for Drug Sale Near School:** §13A-12-250, *Code of Alabama* 1975, provides that any person who is convicted of unlawfully selling any controlled substance within a three (3) mile radius of a public or private school, college, university or other educational institution, must be punished by an additional penalty of five years imprisonment in a state correctional facility for each violation. This period of imprisonment is mandatory and the punishment imposed shall not be suspended or probation granted.

☐ **Enhanced Punishment for Drug Sale Near Housing Project:** §13A-12-270, *Code of Alabama* 1975, provides that any person who is convicted of unlawfully selling any controlled substance within a three (3) mile radius of a public housing project owned by a housing authority must be punished by an additional penalty of five years' imprisonment in a state correctional facility for each violation. This period of imprisonment is mandatory and the punishment imposed shall not be suspended or probation granted.

☐ **Enhanced Punishment For Sales Of Controlled Substance To Anyone Under 18:** §13A-12-215, *Code of Alabama* 1975, provides that anyone convicted of selling, furnishing, or giving away a controlled substance to one who has not yet attained the age of 18 years, shall be guilty of a Class A Felony and the punishment imposed shall not be suspended or probation granted.

☐ **Drug Demand Reduction Assessment Act and Loss of Driving Privileges:** Section 13A-12-281 provides that, if you are convicted of a violation of §13A-12-202 (criminal solicitation to commit a controlled substance crime), 13A-12-203 (attempt to commit a controlled substance crime), 13A-12-204 (criminal

a repeat offender under one of these sections. Collection of all or part of the penalty will be suspended if, with court approval, you enter a drug rehabilitation program and if you agree to pay for a part or all of the program costs. Upon successful completion of the program, you may apply to the court to reduce the penalty by the amount actually paid by you for participation in the program. Any suspension of the penalty can be withdrawn by the court if you fail to enroll in or successfully pursue or otherwise fail to complete an approved program. In addition, pursuant to §13A-12-214 (unlawful possession of marijuana in second degree), §32-5A-191(a)(3) or §32-5A-191(a)(4)(DUI offenses involving drugs), you will lose your privilege to drive a motor vehicle for a period of six months, which shall be in addition to any suspension or revocation otherwise provided by law.

☐ **Alcohol/Drug Related Offenses:** If you are convicted of an alcohol or drug-related offense, you will be required to undergo an evaluation for substance abuse. Based upon the results of any such evaluation, you will be required to complete the recommended course of education and/or treatment and to pay for the evaluation and any program to which you are referred. Failure to submit to an evaluation or failure to complete any program to which you may be referred will be considered a violation of any probation or parole you may be granted. You may also be required to attend monitoring sessions, including random drug and alcohol testing or blood, urine and/or breath tests and to pay a fee for this service. You may request a waiver of part of all of the fees assessed if you are indigent or for any portion of time you are financially unable to pay. Community service may be ordered by the court in lieu of the monetary payment of fees by an indigent.

☐ **DNA Samples for Criminal Offenses in §36-18-24:** Beginning May 6, 1994, §36-18-25(e), *Code of Alabama* 1975, provides that, all persons convicted of any of the offenses set out in §36-18-24(felony offense or any offense contained in Chapter 6 of Title 13A or attempt, conspiracy, or solicitation thereof - offenses involving danger to the person), shall be ordered by the court to submit to the taking of a DNA sample or samples.

☐ **Drug Possession:** Beginning October 1, 1995, if you are convicted in any court of this state for drug possession, drug sale, drug trafficking, or drug paraphernalia offenses as defined in §§13A-12-211 to 13A-12-260, inclusive, *Code of Alabama* 1975, an additional fee of $100.00 will be assessed pursuant to §36-18-7, *Code of Alabama* 1975.

☐ Other: _____

### RIGHTS YOU HAVE AND WAIVER OF YOUR RIGHTS

Under the Constitution of the United States and the Constitution and laws of the State of Alabama, you have a right to remain silent and you may not be compelled to give evidence against yourself. Your attorney cannot disclose any confidential talks he/she has had with you. You do not have to answer any questions. If you do answer questions knowing that you have a right to remain silent, you will have waived this right.

You have the right to enter, and continue to assert, a plea of "Not Guilty" or "Not Guilty by Reason of Mental Disease or Defect," and have a public trial before a duly selected jury. The jury would decide your guilt or innocence based upon the evidence presented before them. If you elect to proceed to trial, you would have the right to be present, you would have the right to have your attorney present to assist you, you would have the right to confront and cross examine your accuser(s) and all the State's witnesses, you would have the right to subpoena witnesses to testify on your behalf and to have their attendance in court and their testimony required by the court, and you would have the right to take the witness stand and to testify, but only if you chose to do so, as no one can require you to do this. If you elect to testify, you can be cross examined by the State, just as any other witness is subjected to cross examination. If you elect not to testify, no one but your attorney will be allowed to comment about that fact to the jury. Your attorney is bound to do everything he/she can honorably and reasonably do to see that you obtain a fair and impartial trial.

If you elect to proceed to trial, you come to court presumed to be innocent. This presumption of innocence will follow you throughout the trial until the State produces sufficient evidence to convince the jury (or the court if the trial is non-jury) of your guilt beyond a reasonable doubt. You have no burden of proof in this case. If the State fails to meet its burden, you would be found not guilty. If you are entering a guilty plea to a charge for which you have not yet been indicted, you are waiving indictment by a grand jury and you will be pleading guilty to a charge preferred against you by a District Attorney's Information filed with the court.

IF YOU PLEAD GUILTY, THERE WILL BE NO TRIAL. YOU WILL BE WAIVING THE RIGHTS OUTLINED ABOVE, EXCEPT YOUR RIGHTS RELATING TO REPRESENTATION BY AN ATTORNEY. THE STATE WILL HAVE NOTHING TO PROVE, AND YOU WILL STAND GUILTY ON YOUR GUILTY PLEA. YOU WILL, HOWEVER, HAVE THE RIGHT TO APPEAL.

IF YOU HAVE ANY QUESTIONS ABOUT YOUR RIGHTS OR THE CONSEQUENCES OF PLEADING GUILTY, PLEASE LET THE COURT KNOW NOW AND FURTHER EXPLANATION WILL BE MADE.

Date: 11-2-2000

Judge: HON. L. BERNARD SMITHART

### ATTORNEY'S CERTIFICATE

I certify that the above was fully read to the defendant by me; that I explained the penalty or penalties involved with the defendant; that I discussed in detail the defendant's rights and the consequences of pleading guilty; and that, in my judgment, the defendant understands the same and that he/she is knowingly, voluntarily, and intelligently waiving his/her rights and entering a voluntary and intelligent plea of guilty. I further certify to the court that I have in no way forced or induced the defendant to plead guilty and to my knowledge no one else has done so.

Date: NOV. 2, 2000

Attorney: [signature]

### DEFENDANT'S STATEMENT OF WAIVER OF RIGHTS AND PLEA OF GUILTY

I certify to the court that my attorney has read and explained the matters set forth above; that I understand the charge or charges against me; that I understand my rights, the punishment or punishments provided by law as they may apply to my case, and I understand the consequences of pleading guilty; that I am not under the influence of any drugs, medicines, or alcoholic beverages; and I have not been threatened or abused or offered any inducement, reward, or hope of reward to plead guilty other than the terms of the plea agreement which will be stated on the record.

I further state to the court that I am guilty of the charge to which I am entering a plea of guilty, that I desire to plead guilty, that I made up my own mind to plead guilty, and that I knowingly, intelligently, and voluntarily waive my right to a trial in this case. I further state to the court that I am satisfied with my attorney's services and his/her handling of my case.

Date: 11/2/00

Defendant: Rashad Lee

NOV. 2, 2000    MR. RASHAD LEE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

STATE OF ALABAMA, )
    Plaintiff, )
vs. )
RASHAD LEE, )    CASE NO. CC-2000-61
    Defendant. )
)

## SENTENCING ORDER

On this day appeared the Defendant with his attorney, Keith Ausborn, with the State represented by District Attorney, Boyd Whigham, and, with the advice and consent of his attorney, the Defendant withdrew his plea of not guilty and entered a plea of guilty to the offense of Murder, as charged in the Indictment. Before accepting Defendant's plea of guilty, the Court advised the Defendant of all of his constitutional rights with the colloquy being taken down by the court reporter. The Court accepted Defendant's plea of guilty and adjudged the Defendant to be guilty of the crime of Murder. The Court inquired of the Defendant if he had anything to say why judgment and sentence should not now be pronounced upon him and Defendant said nothing.

IT IS, THEREFORE, the sentence of the law and the judgment of the Court that the Defendant be, and hereby is, sentenced to a term of life in the penitentiary of the State of Alabama. The Defendant is **ORDERED** to pay a fine in the amount of $5,000.00, court costs, $50.00 for the Crime Victim's Compensation Fund, and restitution in an amount to be determined at a restitution hearing to be held before this Court on December 11, 2000.

DONE this 2nd day of November, 2000.

_____
Burt Smithart, Presiding Circuit Judge
Third Judicial Circuit of Alabama

MAY 7, 2001

| KA |
|---|

**KEITH AUSBORN**
**"1 LAWYER" - LITIGATOR**
LAW OFFICE OF KEITH AUSBORN ~ "ANOINTED 2 PROSPER!" (ISAIAH 54:17) ~ 1224 RYAN STREET ~ MONTG. AL 36107
Phone (334) 264-9333 ~ Fax (334) 264-9339 ~ Home Phone (334) 279-1160 (334) 261-0100 Pager ~ Email KA1LAWYER@AOL.COM

## FORWARDED VIA HAND DELIVERY & FACSIMILE (W/OUT ENCLOSURES)

**MS. TIFFANY BULLARD MCCORD-EXECUTIVE DIRECTOR**
**D/B/A "MONTGOMERY COUNTY BAR ASSOCIATION"**
**THE DISCIPLINARY COMMISSION**
**251 SOUTH LAWRENCE STREET**
**MONTGOMERY, ALABAMA 36104**

**REF: A) MR. RASHAD LEE'S COMPLAINT OF MARCH 05, 2001**
**B) MCBA FILE NO. 01-005 & ASB FILE NO. 01-098(A)**
**C) YOUR LTR. DTD. APRIL 17, 2001 TO THE UNDERSIGNED COUNSEL**

**ENCL: CORROBATIVE DOCUMENTS SUPPORTING DISMISSAL...**

**DEAR MS. MCCORD:**

Per the above reason, pursuant to the Aforementioned References, facilitated by the Aforementioned Enclosure, this **LAW OFFICE** hereby acknowledges receipt of the Aforementioned Complaint, and hereafter, gladly proffers its' **ANSWER** to the same...with **CORROBATIVE DOCUMENTS** in quest for **DISMISSAL**. I anticipated responding to this Complaint well in advance of Today's Date; however, my progress has been **IMPEDED** by the necessity of my rendering a greater degree of Support and Assistance to my Wife, **BRIDGETTE LOLITA AUSBORN**; who is now **"MEDICALLY INCAPACITATED"**, after having arrived back home on **MAY 2, 2001**, from giving birth to our **THIRD (3RD)** Child, **JOSHUA ISAIAH AUSBORN**, born on **APRIL 29, 2001**. By **"GOD'S MERCY & GRACE"**, they both are recovering well!

Be that as it is; let me say this, the Aforementioned Complaint was **"HEARTBREAKING"** for this **LAW OFFICE**, given the fact that this **LAW OFFICE** has worked **DILIGENTLY** with the cooperative efforts of the **"HONORABLE LAURA CALLOWAY- DIRECTOR, D/B/A 'L.O.M.A.P.' OF THE ALABAMA STATE BAR & THE HONORABLE GREGORY GRIFFIN-MENTOR"**, in order to devise and implement various **"LAW OFFICE MANAGEMENT STRATEGIES"**, to restore the Public's **INTEGRITY & CONFIDENCE** back to this **LAW OFFICE**. **"COUNTLESS MANHOURS"** have gone into the restructuring of this **LAW OFFICE**, for the above purposes.

MS. TIFFANY BULLARD MCCORD-EXECUTIVE DIRECTOR
MAY 07, 2001
PAGE 3

4) This **LAW OFFICE** <u>NEVER</u> "PRESSURED", nor "TRICKED" the Complainant in pleading "GUILTY". He did so because he was in Fact "GUILTY"! Not a Single Witness believed otherwise. In fact, on The Plea Date, his (15) Family Members were "UNANIMOUS" in their Opinion and Recommendation that he plead "GUILTY", after he polled Them on the same. In fact, the **TRIAL JUDGE** asked him if his Guilty Plea was "KNOWINGLY & VOLUNTARILY" given, with Which he replied "YES". He signed an "EXPLANATION OF RIGHTS & PLEA OF GUILT FORM" to that effect. (<u>SEE</u> FILE).

5) This **LAW OFFICE** <u>NEVER</u> "PRESSURED", nor "TRICKED" the Complainant in pleading "GUILTY", by promising him he would only Do "6-7 YEARS". To the contrary, this **LAW OFFICE** <u>REFUSED</u> to Speculate on Sentencing Computation, and advised the Complainant That such was left to the discretion of either the "BOARD OF PARDONS & PAROLES", and/or "DEPARTMENT OF CORRECTIONS". The Complainant got the idea about the "6-7 YEARS" from a "JAIL-HOUSE LAWYER & OTHER OUTSIDE SOURCES". (<u>SEE</u> COMPLAINANT'S LETTERS ...).

6) This **LAW OFFICE** has already provided the Complainant a Copy of His Entire Legal File, <u>MINUS</u> the Videotapes. As discussed and Agreed amongst the Complainant, His Family and Defense Counsel, This **LAW OFFICE** would <u>NOT</u> release the Videotapes to the Complainant, in order to safeguard and protect the "PRIVACY, INTEGRITY & MEMORY" of his Deceased Wife. The Complainant Further stated that he would <u>NOT</u> have access to a Videoplayer in prison, Nor would he be permitted to watch the Videotapes, given their "GRAPHIC NATURE".(<u>SEE</u> TWO (2) ENCLOSED VIDEOTAPES).



7) This **LAW OFFICE** ~~employed its "BEST EFFORTS"~~ to **REPRESENT** ~~Complainant~~ in the "FIRST (1ST) DEGREE MURDER" Case; however, the Overwhelming Opposing Evidence proved to be "INSURMOUNTABLE". (<u>SEE</u> FILE).

8) Finally; at all times, this **LAW OFFICE** made said Complainant and Complainant's Family a "HIGH PRIORITY" on this **LAW OFFICE'S** Legal Agenda. In keeping with the same, this **LAW OFFICE** exhausted both "LEGAL & SPIRITUAL RESOURCES" to make a <u>DIFFERENCE</u> in the Complainant's Case. However; sadly to say, this **LAW OFFICE** could <u>NOT</u> undo the Tragic Event that claimed the Young Life of the Complainant's Wife. Nor could this **LAW OFFICE**

MS. TIFFANY BULLARD MCCORD-EXECUTIVE DIRECTOR
MAY 07, 2001
PAGE 4

  **EXCUSE** the Complainant from the **"LEGAL & MORAL CONSEQUENCES"** attached to his Criminal Actions.

  Lastly, while this **LAW OFFICE** expresses great remorse for the circumstances that the Complainant found himself involved in; nevertheless, it would be a **"MISCARRIAGE OF JUSTICE"** to hold the **UNDERSIGNED COUNSEL** responsible for the **MISDEEDS** of the Complainant. As both a **"FRIEND & COUNSEL"** to the Complainant and Family, this **LAW OFFICE** is quite disappointed and perplexed by the Complainant's attack on the **UNDERSIGNED COUNSEL**; yet, **FORGIVES** said actions just the same.

  In closing, please contact me **IMMEDIATELY**, should you have questions and/or comments, as my **"BUSINESS CARD"** is extended to you. Until we speak again, extending you and yours,

  Until we speak again, extending you and yours **"CONTINUED BEST OF WISHES & PRAYERS"**, for I am and remain,

          RESPECTFULLY YOURS,

          ATTORNEY KEITH AUSBORN
          RESPONDENT COUNSEL

C: FILE

KA:ka