IN THE THIRD JUDICIAL CIRCUIT
IN AND FOR BULLOCK COUNTY, ALABAMA

STATE OF ALABAMA,
    Plaintiff,

Vs.                          Case No. CC-2000-61

RASHAD LEE,
    Defendant.


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

REPORTER'S OFFICIAL TRANSCRIPT ON APPEAL

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*


Criminal proceedings taken in the above-styled cause in the Barbour County Courthouse, Eufaula, Alabama, on November 2, 2000, before the Honorable Burt Smithart.


### APPEARANCES

ON BEHALF OF THE STATE:
    Boyd Whigham,
    District Attorney

ON BEHALF OF THE DEFENDANT:
    Keith Ausborn,
    Attorney at Law

OFFICIAL COURT REPORTER
Kelli Wise Mills
408 N. Prairie Street
Union Springs, Alabama 36089
(334)738-3284



2

1                    **I N D E X**

2    Criminal Plea/Sentencing (11-2-00)..............3

3         State's Exhibit No. 1 (Autopsy Report).....7

4

5    Restitution Hearing (12-11-00)................10

6         Testimony of Katherine Smith

7              DX by Mr. Whigham ...................10

8              CX by Mr. Ausborn ...................12

9

1   (The following proceedings were had

2   November 11, 2000, in open court:)

3   (Defendant present with counsel.)

4   THE COURT:  Kelli, swear the witness, please.

5   (Whereupon the Defendant was sworn.)

6   THE COURT:  This is Case Number CC-2000-61,

7   State of Alabama versus Rashad Lee.  Mr. Lee is

8   present, represented by Keith Ausborn, and the

9   State of Alabama by Boyd Whigham.  And also the

10  members of the victim's family are present.

11      Mr. Lee, you need to speak up where I can hear

12  you.  It is my understanding that you wish to

13  withdraw your plea of not guilty and enter a guilty

14  plea to murder; is that correct?

15  THE DEFENDANT:  Yes, sir.

16  THE COURT:  Are you currently under the

17  influence of intoxicants or drugs?

18  THE DEFENDANT:  No.

19  THE COURT:  Have you ever been diagnosed or

20  treated for a mental illness or emotional

21  disability?

22  THE DEFENDANT:  No, sir.

23  THE COURT:  You were indicted by the Bullock

24  County Grand Jury charging you with intentional

25  murder.  Have you had the indictment in those

1    sections of the law read and explained to you by

2    your attorney?

3         THE DEFENDANT:  Yes, sir.

4         THE COURT:  Do you understand that you have a

5    right to a trial by jury if you wish to have one?

6         THE DEFENDANT:  Yes.

7         THE COURT:  And you are waiving that right?

8         THE DEFENDANT:  Yes.

9         THE COURT:  After talking to your lawyer and

10   family, do you think that's the best thing to do?

11        THE DEFENDANT:  Yes.

12        THE COURT:  And you are doing that freely and

13   voluntarily and knowingly?

14        THE DEFENDANT:  Yes.

15        THE COURT:  First Degree Murder is a Class A

16   felony punishable in Alabama by not less than 10

17   years up to life or 99 years imprisonment in the

18   state penitentiary and may include a fine not to

19   exceed $20,000.

20        Do you understand that?

21        THE DEFENDANT:  Yes.

22        THE COURT:  Has a plea been negotiated and if

23   so what are the terms?

24        MR. WHIGHAM:  Life sentence, $5,000,

25   restitution to be determined at a restitution

5

1    hearing, I think, on December 11th; court costs,

2    attorney was private hire, victim's comp; and

3    restitution will be determined at a later date and

4    $5,000 fine.

5         Judge, he does get credit for time served that

6    he has been in jail since he has been arrested on

7    this charge.

8         THE COURT:  Mr. Lee, is that your agreement

9    with the state?

10        THE DEFENDANT:  Yes, sir.

11        THE COURT:  Has anybody promised you anything

12    other than that?

13        THE DEFENDANT:  No, sir.

14        THE COURT:  Has anybody used any threats of

15    force, pressure or intimidation to make you pled

16    guilty?

17        THE DEFENDANT:  No.

18        THE COURT:  Do you have any complaint about

19    anybody's treatment of you in the handling of this

20    case?

21        THE DEFENDANT:  No, sir.

22        THE COURT:  You are represented by Mr. Ausborn

23    who is here with you.  Are you satisfied with the

24    way he has represented you?

25        THE DEFENDANT:  Yes, sir.

6

1          THE COURT:  Have you had ample opportunity to

2     meet with Mr. Ausborn and talk with him about your

3     case?

4          THE DEFENDANT:  Yes, sir.

5          THE COURT:  I am showing you a form entitled,

6     Explanation of Rights and Plea of Guilt.

7          Have you seen this form before?

8          THE DEFENDANT:  Yes, sir.

9          THE COURT:  Is that your signature on the back?

10          THE DEFENDANT:  Yes, sir.

11          THE COURT:  -- of that form?  Do you

12     understand?  Do you have a question about it?

13          THE DEFENDANT:  I saw it back there.  My

14     attorney showed it to me.

15          THE COURT:  When you were meeting with your

16     attorney?

17          THE DEFENDANT:  Yes, sir.

18          THE COURT:  Is that your signature?

19          THE DEFENDANT:  Yes.

20          THE COURT:  This is an Explanation of Rights

21     and Plea of Guilt form that says you are pleading

22     to Intentional Murder/First Degree Murder, and it

23     goes through the rights and ranges of punishment

24     and it is signed by you.

25          And did your attorney review this form with

1    you?

2        THE DEFENDANT:  Yes, sir.

3        THE COURT:  Did you understand it?

4        THE DEFENDANT:  Yes, sir.

5        THE COURT:  Do you need for me to review it any

6    further?

7        THE DEFENDANT:  No, sir.

8        THE COURT:  Do you need for me to explain it

9    any further to you?

10        THE DEFENDANT:  No, sir.

11        THE COURT:  Give a factual basis for the plea.

12        MR. WHIGHAM:  Judge, on or about April 4, 2000,

13    Rashad Lee did kill Latasha Lee by strangulation.

14    This occurred in Bullock County, Alabama.  And,

15    Judge, I would offer for the Court's Record and

16    plea of guilty, State's Exhibit Number 1, which is

17    basically the autopsy report and some accompanying

18    reports.

19        THE COURT:  Any objection?

20        MR. AUSBORN:  No objection.

21        THE COURT:  It will be admitted.

22        (State's Exhibit Number 1 was marked for

23        identification, offered and received into

24        evidence.)

25        MR. WHIGHAM:  And, Judge, this happened in

1    Bullock County, Alabama, charging him with the

2    crime of Intentional Murder, and that's the -- they

3    were husband and wife separated at the time, and

4    they both were in a vehicle over an extended period

5    of time, and then the murder took place some time

6    that night.  The exact time of the murder is not

7    clear from the statement, but it did take place

8    after night is what's believed, and it did take

9    place in Bullock County, and her body was left in

10   Bullock County, too; and that's where it was found.

11   These records speak to that some, but that in

12   essence was the crime, Judge.

13        THE COURT:  Mr. Lee, is that what you did?

14        THE DEFENDANT:  Yes.

15        THE COURT:  You admit guilt to the killing of

16   the victim Latasha Lee?

17        THE DEFENDANT:  Yes, sir.

18        THE COURT:  Mr. Lee, I find that you are alert

19   an intelligent, that you have had the advice of

20   counsel and represented by a competent attorney

21   with whom you are satisfied, I'll ask you now if

22   you are ready to plead to the crime of Intentional

23   Murder/First Degree Murder, a Class A felony; and

24   if so, how do you plead, guilty or not guilty?

25        THE DEFENDANT:  Guilty.

1     THE COURT: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

2   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ Murder is

3   ▬▬▬▬▬▬▬▬▬. Do you or anyone on your behalf

4 have any legal cause to show which would preclude

5 pronouncement of sentence?

6     MR AUSBORN: None at this time, Judge.

7     THE COURT: No legal cause having been shown,

8 it is the sentence of law and judgement of this

9 Court that you be hereby sentenced to a term of

10 life in the penitentiary. You are ordered to pay a

11 $5,000 fine, victim's comp and court costs.

12     A restitution hearing will be set for December

13 11th, at which time I will hear testimony from the

14 victim's family No attorneys fees since

15 Mr. Ausborn is privately hired.

16     Do you understand your life sentence, Mr. Lee?

17     THE DEFENDANT: Yes, sir

18     THE COURT: Do you have any questions about it?

19     THE DEFENDANT: No, sir.

20     THE COURT: You have the right to appeal your

21 guilty plea should you desire to do so.

22     MR. AUSBORN: I think Mr. Lee wanted to make an

23 offer of apology to the decedent's family at this

24 time.

25     MS. SMITH: I don't want it. He killed my

10

1    daughter.   I don't want nothing to say to him.

2         THE COURT:  All right.  Thank you.

3         (End of proceedings for November 2, 2000.)

4

5              *  *  *  *  *  *  *  *  *  *

6

7         (The following proceeding were held

8          December 11, 2000, in open court:

9          (Defendant present with counsel.)

10        THE COURT:  Kelli, we are here in Case Number

11   CC-2000-61, State of Alabama versus Rashad Lee.  We

12   are here on restitution.  To keep from having a

13   separate hearing, let's go on and put on the

14   testimony about the lost wages.  That's the only

15   part they contest to show the relation of those

16   lost wages to this crime and then we will set

17   restitution

18        Swear the witness, please.

19              KATHERINE SMITH

20   having first been duly sworn, testified as follows:

21              DIRECT EXAMINATION

22  BY MR. WHIGHAM:

23  Q    Please state your name.

24  A.   Katherine P  Smith.

25  Q.   And, Katherine, did you fill out some papers and

1    daughter.  I don't want nothing to say to him.

2         THE COURT:  All right.  Thank you.

3         (End of proceedings for November 2, 2000.)

4

5              *  *  *  *  *  *  *  *  *  *

6

7         (The following proceeding were held

8         December 11, 2000, in open court:

9         (Defendant present with counsel.)

10        THE COURT:  Kelli, we are here in Case Number

11   CC-2000-61, State of Alabama versus Rashad Lee.  We

12   are here on restitution.  To keep from having a

13   separate hearing, let's go on and put on the

14   testimony about the lost wages.  That's the only

15   part they contest to show the relation of those

16   lost wages to this crime and then we will set

17   restitution

18        Swear the witness, please.

19                   KATHERINE SMITH

20    having first been duly sworn, testified as follows:

21                   DIRECT EXAMINATION

22   BY MR. WHIGHAM:

23   Q    Please state your name.

24   A.   Katherine P  Smith.

25   Q.   And, Katherine, did you fill out some papers and

| State of Alabama<br>Unified Judicial System<br>SAMPLE<br>Form ARAP 13          Rev. 6/98 | **CERTIFICATE OF COMPLETION<br>REPORTER'S TRANSCRIPT** | Page Number<br><br>23 |
| --- | --- | --- |

**TO:**  **The Clerk of the Court of Criminal Appeals**
   **P. O. Box 301555**          **Fax: (334) 242-4689**
   **Montgomery, Alabama 36130-1555**

**Criminal Appeals Case Number**      CR \_\_\_\_ - _____

_____ **v.** _____
**Appellant's Name**          **Appellee**

On appeal from the:  [X] Circuit Court of
        [ ] District Court of  } *Bullock* County
        [ ] Juvenile Court of

**Trial Court Case Number**  *CC·2000·61*

**Notice of Appeal Date** _____

I, _____, certify that I have this date completed and filed with the clerk of the trial court an original and three copies of a true and correct transcript of all proceedings in the above referenced case that were reported by me and were specifically designated by the appellant for inclusion on the Reporter's Transcript Order.   The transcript, which is numbered serially in the upper right-hand corner of each page, begins with a copy of the Reporter's Transcript Order and an index of both the exhibits and the testimony of the witnesses.  The original transcript concludes with the original of this notice and the copies of the transcript conclude with copies of this notice.  The page number appearing in the upper right-hand corner of this certificate is the last page of my portion of the transcript in this case.

Done this the _____

_____
**Court Reporter**

**FILING AND SERVICE OF THIS FORM:**   Pursuant to Rule 11(b), A.R.App.P., the court reporter should file a copy of this certificate with the Clerk of the Court of Criminal Appeals and should serve copies of the certificate on counsel for the appellant or the appellant if he or she is not represented by appellate counsel, the attorney general and the district attorney, unless the appeal is from a municipal appeal, in which event a copy of the form should be served on the municipal prosecutor rather than the attorney general and district attorney.