```
            IN THE THIRD JUDICIAL CIRCUIT
         IN AND FOR BULLOCK COUNTY, ALABAMA


STATE OF ALABAMA,
      Plaintiff,
                                Criminal Action
Vs.                             No. CC-00-61.60

RASHAD LEE,
      Defendant.


       * * * * * * * * * * * * * * * * * * * *
         REPORTER'S OFFICIAL TRANSCRIPT ON APPEAL
       * * * * * * * * * * * * * * * * * * * *


      Proceedings taken in the above-styled cause in the
Bullock County Courthouse, Union Springs, Alabama, on
November 2, 2000, before the Honorable Burt Smithart.



                        APPEARANCES

ON BEHALF OF THE STATE:

      Boyd Whigham,                      COPY
      District Attorney

ON BEHALF OF THE DEFENDANT:

      Keith Ausborn,
      Attorney at Law



                OFFICIAL COURT REPORTER
                     Kelli W. Mills
                  408 N. Prairie Street
              Union Springs, Alabama   36089
                     (334) 738-3284
```


EXHIBIT RX-1

```
 1            (The following proceedings were had in open
 2       court with the defendant and counsel present:)
 3       (Defendant sworn.)
 4            THE COURT:  Kelli, this is Case Number
 5  CC-2000-61, State of Alabama versus Rashad Lee.
 6  Mr. Lee is present represented by Keith Ausborn;
 7  the State of Alabama by Boyd Whigham.  The members
 8  of the victim's family are also present.
 9       Mr. Lee, it is my understanding that you wish to
10  withdraw your plea of not guilty and enter a guilty
11  plea to murder; is that correct?
12       THE DEFENDANT:  Yes, sir.
13       THE COURT:  Are you currently under the
14  influence of any intoxicants or drugs?
15       THE DEFENDANT:  No.
16       THE COURT:  Have you ever been diagnosed or
17  treated for a mental illness or emotional
18  disability?
19       THE DEFENDANT:  No, sir.
20       THE COURT:  You were indicted by the Bullock
21  County Grand Jury charging you with the crime of
22  intentional murder.  Have you had the indictment
23  and those sections of law read and explained to you
24  by your attorney?
25       THE DEFENDANT:  Yes, sir.
```

1    THE COURT: You understand that you have a
2    right to a trial by jury if you wish to have one?
3    THE DEFENDANT: Yes.
4    THE COURT: And you are waiving that right?
5    THE DEFENDANT: Yes.
6    THE COURT: After talking to your lawyer and
7    family, do you think that's the best thing to do?
8    THE DEFENDANT: Yes.
9    THE COURT: And you are doing that freely and
10   voluntarily and knowingly?
11   THE DEFENDANT: Yes.
12   THE COURT: A first degree felony is punishable
13   in Alabama by not less than 10 years and up to life
14   or 99 years imprisonment in the state penitentiary
15   and may include a fine not to exceed $20,000.
16   Do you understand that?
17   THE DEFENDANT: Yes.
18   THE COURT: Did your attorney review with you
19   the rights and ranges of punishment?
20   THE DEFENDANT: Yes.
21   THE COURT: Has a plea been negotiated, and, if
22   so, what are the terms?
23   MR. WHIGHAM: Judge, it is a life sentence,
24   $5,000 fine, restitution to be determined at a
25   restitution hearing, I think, on December 11th,

```
 1   court costs, victim's comp.
 2         THE COURT:  His attorney was private hire?
 3         MR. AUSBORN:  Yes, sir, Judge.
 4         MR. WHIGHAM:  And the restitution will be
 5   determined at a later date; and a $5,000 fine.
 6         Judge, he does get credit for time served that
 7   he has been in jail since he has been arrested on
 8   this charge.
 9         THE COURT:  Mr. Lee, is that your agreement
10   with the state?
11         THE DEFENDANT:  Yes, sir.
12         THE COURT:  Has anybody promised you anything
13   other than that?
14         THE DEFENDANT:  No, sir.
15         THE COURT:  Has anybody used any threats of
16   force, pressure, or intimidation to make you plead
17   guilty?
18         THE DEFENDANT:  No.
19         THE COURT:  Do you have any complaint about
20   anybody's treatment of you in the handling of this
21   case?
22         THE DEFENDANT:  No, sir.
23         THE COURT:  You are represented by Mr. Ausborn
24   who is here with you.  Are you satisfied with his
25   representation?
```

1   THE DEFENDANT: Yes, sir.
2   THE COURT: Have you had ample opportunity to
3   meet with Mr. Ausborn and talk with him about your
4   case?
5   THE DEFENDANT: Yes, sir.
6   THE COURT: I am showing you a form entitled,
7   Explanation of Rights and Plea of Guilty. Have you
8   seen this form before?
9   THE DEFENDANT: Yes, sir.
10  THE COURT: Is that your signature on the back
11  of this form?
12  THE DEFENDANT: Yes, sir, I saw it back there.
13  My attorney showed it to me.
14  THE COURT: When you were meeting with your
15  attorney?
16  THE DEFENDANT: Yes, sir.
17  THE COURT: Is that your signature?
18  THE DEFENDANT: Yes.
19  THE COURT: This is an explanation of rights
20  and plea of guilty form that says you are pleading
21  to Intentional Murder/First Degree Murder, and it
22  goes through the rights and ranges of punishment,
23  and it is signed by you. And did your attorney
24  review this form with you?
25  THE DEFENDANT: Yes, sir.

```
 1         THE COURT:  Did you understand it?
 2         THE DEFENDANT:  Yes, sir.
 3         THE COURT:  Do you need for me to review it any
 4    further?
 5         THE DEFENDANT:  No, sir.
 6         THE COURT:  Do you need for me to explain any
 7    of it to you?
 8         THE DEFENDANT:  No, sir.
 9         THE COURT:  Give a factual basis for the plea.
10         MR. WHIGHAM:  Judge, on or about April 4, 2000,
11    Rashad Lee did kill Latasha Lee by strangulation.
12    This occurred in Bullock County, Alabama.  And,
13    Judge, I would offer for the Court's Record and
14    plea of guilty, State's Exhibit Number 1, which is
15    basically the autopsy report and some accompanying
16    reports.
17         THE COURT:  Any objection?
18         MR. AUSBORN:  No objection.
19         (State's Exhibit No. 1 was marked for
20         identification, offered, and received
21         into evidence.)
22         MR. WHIGHAM:  Judge, this happened in Bullock
23    County, Alabama, charging him with the crime of
24    intentional murder.  And that's the -- They were
25    husband and wife separated at the time, and they
```

```
 1    both were in a vehicle over an extended period of
 2    time, and then the murder took place some time that
 3    night.  The exact time of the murder is not clear
 4    from the statement, but it did take place after
 5    night is what's believed, and it did take place in
 6    Bullock County.  And her body was left in Bullock
 7    County, too; and that's where it was found.  These
 8    records speak to that some, but that's in essence
 9    was the crime was, Judge.
10         THE COURT:  Mr. Lee, is that what you did?
11         THE DEFENDANT:  Yes.
12         THE COURT:  You admit guilt to the killing of
13    the victim Latasha Lee?
14         THE DEFENDANT:  Yes, sir.
15         THE COURT:  Mr. Lee, I find that you are alert
16    and intelligent, that you have had the advice of
17    counsel and represented by a competent attorney
18    with whom you are satisfied.  I will ask you now if
19    you are ready to plead to the crime of Intentional
20    Murder/First Degree Murder, a Class A felony, and,
21    if so, how do you plead, guilty or not guilty?
22         THE DEFENDANT:  Guilty.
23         THE COURT:  I accept your plea of guilt to the
24    crime of Murder in the First Degree and do hereby
25    adjudge you guilty of Intentional Murder/Murder in
```

```
 1    the First Degree.
 2         Do you or anyone on your behalf have any legal
 3    cause to show which would preclude pronouncement of
 4    sentence at this time?
 5         MR. AUSBORN:  None, at this time.
 6         THE COURT:  No legal cause having been shown
 7    which would preclude pronouncement of sentence, it
 8    is the sentence of law and judgement of this Court
 9    that you be under hereby sentenced to a term of
10    life in the penitentiary.  You are ordered to pay a
11    $5,000 fine, victim's comp, court costs.
12    Restitution will be set December 11, at which time
13    I will hear testimony from the victim's family.
14    There are no attorney's fees since Mr. Ausborn is
15    privately hired.
16         Do you understand your life sentence, Mr. Lee?
17         THE DEFENDANT:  Yes, sir.
18         THE COURT:  Do you have any questions about it?
19         THE DEFENDANT:  No, sir.
20         THE COURT:  You have a right to appeal your
21    guilty plea should you desire to do so.
22         MR. AUSBORN:  I think Mr. Lee wanted to make an
23    offer of apology to the decedent's family at this
24    time.
25         VICTIM'S MOTHER:  I don't want it.  He killed
```

```
 1       my daughter.  I don't want nothing to say to him.
 2            THE COURT:  All right.  Thank you.
 3            (End of proceedings.)
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

| State of Alabama<br>Unified Judicial System<br>SAMPLE<br>Form ARAP 13  Rev. 6/98 | CERTIFICATE OF COMPLETION<br>REPORTER'S TRANSCRIPT | Page Number<br>10 |

TO:   The Clerk of the Court of Criminal Appeals          Fax: (334) 242-4689
      P. O. Box 301555
      Montgomery, Alabama 36130-1555

Criminal Appeals Case Number          CR ____ - ____

__Rashad Lee_____ v. __State of Alabama__
Appellant's Name                              Appellee

On appeal from the: [X] Circuit Court of
                    [ ] District Court of  } Bullock County
                    [ ] Juvenile Court of

**FILED IN OFFICE**

Trial Court Case Number  CC. 00-61.60

MAR 0 5 2002

CLERK-REGISTER, BULLOCK CO., ALA.

Notice of Appeal Date _____

I, __Kelli W. Mills_____, certify that I have this date completed and filed with the clerk of the trial court an original and three copies of a true and correct transcript of all proceedings in the above referenced case that were reported by me and were specifically designated by the appellant for inclusion on the Reporter's Transcript Order. The transcript, which is numbered serially in the upper right-hand corner of each page, begins with a copy of the Reporter's Transcript Order and an index of both the exhibits and the testimony of the witnesses. The original transcript concludes with the original of this notice and the copies of the transcript conclude with copies of this notice. The page number appearing in the upper right-hand corner of this certificate is the last page of my portion of the transcript in this case.

Done this the __4th__ day of __March__, __2002__.

_____
Court Reporter

**FILING AND SERVICE OF THIS FORM:** Pursuant to Rule 11(b), A.R.App.P., the court reporter should file a copy of this certificate with the Clerk of the Court of Criminal Appeals and should serve copies of the certificate on counsel for the appellant or the appellant if he or she is not represented by appellate counsel, the attorney general and the district attorney, unless the appeal is from a municipal appeal, in which event a copy of the form should be served on the municipal prosecutor rather than the attorney general and district attorney.