# IN THE SUPREME COURT OF ALABAMA





Willis
37291

August 16, 2002

**1011849**

Ex parte Rashad Lee. PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS  (In re: Rashad Lee v. State of Alabama)   (Bullock Circuit Court: CC-00-61.60; Criminal Appeals : CR-01-0898).

## CERTIFICATE OF JUDGMENT

### Writ Denied

The above cause having been duly submitted, IT IS CONSIDERED AND ORDERED that the petition for writ of certiorari is denied.

**Writ Denied - No Opinion**

STUART, J. - Moore, C.J., and See, Brown, and Harwood, JJ., concur.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.
Witness my hand this 16th day of August, 2002

Clerk, Supreme Court of Alabama

/rb



EXHIBIT RX-6