# IN THE SUPREME COURT OF ALABAMA



September 9, 2005

**1041639**

Ex parte Rashad Lee. PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS  (In re: Rashad Lee v. State of Alabama)   (Bullock Circuit Court: CC00-61.61; Criminal Appeals : CR-04-0961).

## CERTIFICATE OF JUDGMENT

### Writ Denied

The above cause having been duly submitted, IT IS CONSIDERED AND ORDERED that the petition for writ of certiorari is denied.

PARKER, J. -  Nabers, C.J., and Lyons, Woodall, and Smith, JJ., concur.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.

Witness my hand this _9th_ day of _September, 2005_

*Robert D. Esdale Sr.*
Clerk, Supreme Court of Alabama



/bb