IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| RASHAD C. LEE, #213 823 | * |
| Petitioner, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-968-T |
| BILLIE MITCHEM, WARDEN, *et al*., | * |
| Respondents. | * |

_____

**O R D E R**

For good cause, the Clerk of Court is DIRECTED to substitute the attached page for Page 1 of Document Number 4.

Done this 16th day of December, 2005.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RASHAD C. LEE, #213 823 | * |
| Petitioner, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-968-T |
| BILLIE MITCHEM, WARDEN, *et al.*, | * |
| Respondents. | * |

**O R D E R**

    This cause is before the court on a 28 U.S.C. § 2254 petition for habeas corpus relief filed by Petitioner Rashad Lee on September 30, 2005.[1] In this petition, Petitioner challenges his conviction for "intentional murder first degree" entered against him by the Circuit Court for Bullock County, Alabama, on November 2, 2000.

    The Clerk is DIRECTED to mail a copy of the petition and this order to the Attorney General of the State of Alabama and cause a copy of the same to be served upon Warden Billie Mitchem. An answer shall be filed within 20 days of service on the Attorney General. In filing their answer, Respondents should comply with the provisions of Rule 5 of the rules

---

[1] Although the present petition was stamped "filed" in this court on October 11, 2005, the petition was signed by Petitioner on September 30, 2005. A *pro se* inmate's petition is deemed filed the date it is delivered to prison officials for mailing. *Houston v. Lack,* 487 U.S. 266, 271-272 (1988); *Adams v. United States*, 173 F.3d 1339, 1340-41 (11th Cir. 1999); *Garvey v. Vaughn*, 993 F.2d 776, 780 (11th Cir. 1993). "Absent evidence to the contrary in the form of prison logs or other records, [this court] must assume that [the instant petition] was delivered to prison authorities the day [Lee] signed it . . ." *Washington v. United States*, 243 F.3d 1299, 1301 (11th Cir. 2001). In light of the foregoing, the court construes September 30, 2005 as the date of filing.