IN     THE     UNITED     STATES     DISTRICT     COURT
FOR THE MIDDLE DISTRICT OF ALABAMA RECEIVED
NORTHERN DIVISION

RECE                    2006 JAN -5  A 9: 56

RASHAD C. LEE, 213823         2005 DEC 2           00

   Petition

      VS.                              CIVIL ACTION NO: 2:05-CV-968-T

BILLIE MITCHEM, WARDEN, et Al,

   Respondents


MOTION TO SHOW CAUSE ON BEHALF OF PETITIONER


This cause is before the court on a 28 U.S.C. §2254 Petition
for habeus Corpus relief filed by the above named Petitioner.
Pursuant to the **Order** of this Honorable Court, Petitioner herein
will show cause as to the reason why this Honorable Court should
not deny his Federal Habeus Petitioner herein did not file his
petition within the one year limitation period established by 28
U.S.C. §2254 (d)(1).

Against the Federal Constitution, petitioner was convicted of
a crime that did not exsist at the time of his alleged conduct,
nor at the time of the trial court accepting his plea of guilt to
Murder in the First Degree, and in open Court adjudgeing him guilty
of the same. Petitioner contends that the **Fundamental miscarriage
of Justice/ Actual Innocence** exceptions applies to the claims
raised in his Federal Habeus Corpus and failure of this Court to
Entertain them will result in a Fundamental Miscarriage of Justice
because the Petitioner is **ActuaL Innocence** of Murder in the First

SCANNED

Degree.See **Harris V. State,**395 So.2d 1064 (Ala.Crim.App.1981),

**Hill V. State,**409 So.2d 943 (Ala.Crim.App.1980)

Pursuant to **Parker V. Moore,** U.S. Dist.LEXIS 26419 Jan 25,2002 petitioner asserts an **Actual Innocence** claim wherein petitioner would show that " A further exception exsists where the failure to a claim would have constituted a "miscarriage of Justice" due to the presence of "Actual Innocence" Under the Supreme Court decision in Sawyer,a claim of Miscarriage of Justice or Actual Innocence, "Excuses procedural default" even with out Cause and Prejudice,when a petitioner shows by clear and convincing  evidence that,but a constitutional error,no reasonable Juror would have found the petitoner eligible for the death penalty under the applicable statute.**Sawyer,**505 U.S. 333,336,120 L.Ed 2d 269,112 S.Ct 2514. See also Cade V. Haley 222 F.2d 1298,1308 Murray V.Carrier,That standard requires Lee to show that a constitutional violation has probaly resulted in the conviction of one who is actual innocent.477 U.S. 478 at 496,91 L.Ed 2d 397 To be credible a claim of actual innocence "requires petitioner to support his allegations of constitutional error with new reliable evidence wheter it be exculpatory scientific evidence,trustworthy eyewitness accounts,or critical physical evidence that was not presented at trial.**Schlup V. Delo,**513 U.S. 298 ,324,115 S.Ct 851,865, 130 L.Ed 2d 808.(1995)

Lee contends that the fundamental miscarriage of Justice/Actual Innocence exception applies to his claims because no juror would have found him guilty of the crime to which he was erroneous convicted and sentenced for.Petitioner claims that he is actually innocent of the offense of Murder in the First Degree.

Furthermore as cause Lee would show that the claims raised in his Federal Habeus Petition challenges the State Courts Subject Matter Jurisdiction, and that it is axiomatic that this court review the claims and **GRANT** his Habeus Petition or else a failure to do so will result in a miscarriage of Justice because Lee sits in prison on a crime that didnot and does not exsists in this state against the Constitution Of The United States of America because One Cannot be convicted of a Crime that does not Exsists. <u>SEE RX-1 at page 7</u>

Thus for the fore mentioned reasons Lee's Petition should be heard and granted and Lee discharged from his Illegal incarceration immediately.

Rashad C. LEE # 213823

## CERTIFICATE OF SERVICE

I hereby certify on this the <u>23rd</u> day of December 2005,I have served a copy of the foregoing on the Honorable Troy King,Attorney General for the state of Alabama,11 South Union Street,Montgomery Alabama 36130-0152,and Mrs. Debra Hackett,Clerk of the District Court for the Northern Division ,Office of the Clerk,P.O. BOX 711 Montgomery,Alabama 36101-0711

Sign 213823