IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RASHAD C. LEE - #213823, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 2:05-CV-968-T |
| BILLIE MITCHEM, WARDEN, | ) |
| et al., | ) |
| | ) |
| Respondents. | ) |

**AMENDED ANSWER**

Comes now the Respondents in the above-styled cause, and files the following amended answer to Lee's petition for writ of habeas corpus.

1. On December 9, 2005, the Respondents filed an answer to Lee's petition for writ of habeas corpus wherein the Respondents pleaded that the habeas corpus petition was filed outside the one-year limitation period of Title 28 U.S.C. § 2244(d) and was due to be dismissed as untimely. The Respondents also pleaded alternatively that the claims raised in the habeas petition were procedurally defaulted and meritless. (Document 12)

2. Thereafter, on December 15, 2005, Respondents were served with a pleading entitled "Motion To Dismiss" wherein Lee stated that he had been

granted a hearing in the Bullock County Circuit Court on the claims that were presented in a previously filed post-conviction petition and he asked this Court to stay the proceedings in federal court. (RX-11) The attorney for Respondents has checked this Court's records and has found no entry to show the motion was filed in this Court.

3. On January 13, 2006, the attorney for Respondents was assigned the case of Rashad Lee v. State of Alabama, CR-05-0453, an appeal from the denial of a Rule 32 petition filed by Lee in the Bullock County, Alabama Circuit Court. (RX-12) The record of the appeal shows that on October 11, 2005, within a month of filing his habeas corpus petition on September 30, 2005, Lee filed a Rule 32 petition in the Bullock County, Alabama, Circuit Court challenging his November 2, 2000 conviction for murder, the offense that is the basis of his present habeas corpus petition. (RX-13) The appeal has been remanded to the circuit court for supplementation of the appellate record. (RX-14)

4. The State proceedings have no effect upon the proceedings in this Court. The Rule 32 petition did not toll the statute of limitation period for the filing of habeas corpus petitions. Even though there is pending litigation in the State courts on a Rule 32 petition raising the claims that Lee raises in his present Rule 32 petition, the filing of the State Rule 32 petition has no effect upon these

proceedings and Lee's petition is due to be dismissed as untimely under Title 28 U.S.C. § 2244(d).

          Respectfully submitted,

          Troy King (KIN047)
          Attorney General
          By:


          s/Jack W. Willis
          Jack W. Willis(WIL075)
          Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>30th</u> day of January, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: <u>Rashad C. Lee, AIS #213823, Limestone Correctional Facility, 28779 Nick Davis Road, Harvest, Alabama 35749-7009</u>.

                                                  s/Jack W. Willis
                                                  Jack W. Willis (WIL075)
                                                  Office of the Attorney General
                                                  Alabama State House
                                                  11 South Union
                                                  Montgomery, AL  36130-0152
                                                  Telephone:  (334)  242-7300
                                                  Fax:  (334)  242-2848
                                                  E-Mail:  <u>Jwillis@ago.state.al.us</u>

93637/86747-001