Willis
86747

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RASHAD C. LEE-#213823,            )
                                  )
                                  )
     Petitioner,                  )
                                  )
V.                                )     CIVIL ACTION NO.
                                  )     2:05-CV-968-T
                                  )
BIGLY MITCHEM, WARDEN,            )
et al.,                           )
                                  )
     Respondents.

## MOTION TO DISMISS

Comes now, the petitioner, Pro se, in the above styled cause petitioning this Honorable Court to dismiss all actions in the above styled cause **without prejudice**, and in support of Lee states the following :

1. Petitioner has currently been granted a hearing in the state court on the claims that was presented in a post conviction petition that was previously filed, and petitioner respectfully request that this HOnorable Court allow the petitioner to await the out comes of the hearing that has been scheduled on the Merits of petitioners petition.

EXHIBIT
RX-11

### RELIEF REQUESTED

Wherefore premises considered petitioner prays that this Honorable court would dismiss all actions in the above cause **without prejudice** pending the out come of the state proceedings.

## CERTIFICATE OF SERVICE

I hereby certify that on this the 15th day of December, 2005 that I have served a copy of the foregoing, Motion to Dismiss, on the following parties, via, United States Mail, postage prepaid, by placing the same in the mailbox, herein at the Limestone Correctional Mail room.

_____
RASHAD C. LEE #213823
LIMESTONE CORRECTIONAL FACILITY
28779 NICK DAVIS ROAD
HARVEST, ALABAMA 35749-7009


CC: ATTORNEY GENERAL, TROY KING

DISTRICT CLERK, DEBRA HACKETT