# COURT OF CRIMINAL APPEALS
## STATE OF ALABAMA



**Lane W. Mann**
Clerk
**Sonja McKnight**
  Assistant Clerk

P. O. Box 301555
Montgomery, AL 36130-1555
(334) 242-4590
Fax (334) 242-4689

December 27, 2005

**CR-05-0453**

Rashad Lee v. State of Alabama  (Appeal from Bullock  Circuit Court: CC00-61.62)

### Notice

You are hereby notified that the record on appeal in the above cause was filed on December 23, 2005. Because the clerk's certificate of completion is dated December 27, 2005, the appellant's brief is due to be filed in this Court and a copy served on the appellee by January 24, 2006. Should the appellant need an extension of time to file his/her brief, the request must be made in accordance with the policy as set out in the informational notice provided to the appellant when this appeal was docketed.

---

SPECIAL PROVISION FOR "PRO SE INMATES" TO SERVE THE ATTORNEY GENERAL: Effective immediately, the Attorney General has agreed to accept service of briefs and other documents filed by "pro se inmates" via the Attorney General's hand mail box located in the Court of Criminal Appeals Clerk's Office. Therefore, any pro se inmate who wishes to use this alternative method to serve the Attorney General with copies of briefs and other documents filed in proceedings before the Court of Criminal Appeals may do so by sending the Attorney General's copy to the Court of Criminal Appeals along with the original and four copies. To take advantage of this alternative service mode, the cover of the brief (or other document) that is intended for the Attorney General must be clearly marked at the top "ATTORNEY GENERAL'S COPY," and the certificate of service on the document being filed with this Court should state that the Attorney General's copy was delivered to the Court of Criminal Appeals for service on the Attorney General. If a response to said document is required or permitted, the Attorney General's time for response shall run from the date the pro se document is received by the Court of Criminal Appeals. This alternative mode of service on the Attorney General is available only to those inmates who are not represented by counsel and applies only in proceedings in the Court of Criminal Appeals. Additionally, because the Attorney General does not represent municipalities in appeals from municipal convictions, this alternative mode of service has no application if appealing a conviction for violating a municipal ordinance.

IMPORTANT NOTE: Any brief or document that does not have a complete certificate of service will be deemed to have been conditionally filed. For information regarding the certificate of service, please refer to the "PROOF OF SERVICE" information contained in the informational notice that was mailed to you when this appeal was docketed. All pro se inmates are hereby placed on notice that under no circumstance will this Court make copies of your filings for service on the opposing party and no such papers or documents will be returned to you for copying.

cc: Hon. Wilbert M. Jernigan, Circuit Clerk
    Rashad Lee, Pro Se
    Office of Attorney General

**05-0453**

EXHIBIT RX-12