Case 2:05-cv-00968-WKW-CSC   Document 19-5   Filed 01/30/2006   Page 1 of 1

# COURT OF CRIMINAL APPEALS
## STATE OF ALABAMA

H. W. "BUCKY" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
A. KELLI WISE
Judges



Lane W. Mann
Clerk
Sonja McKnight
Assistant Clerk
(334) 242-4590
Fax (334) 242-4689

CR-05-0453

Rashad Lee v. State of Alabama   (Appeal from Bullock Circuit Court: CC00-61.62)

## ORDER

The appellant in the above referenced appeal has filed a motion with this Court to supplement the record on appeal. This motion should be considered by the trial court.

Upon consideration of the above, the Court of Criminal Appeals ORDERS that this motion be transferred to the trial court for that court to dispose of the appellant's motion to supplement the record within 14 days from the date of this order and, if a supplemental record is required, the trial court is requested to direct that it be prepared and filed with this Court at the earliest possible date and by no later than February 20, 2006; provided, however, that if the trial court finds that the supplemental record cannot be completed and filed with this Court by February 20, 2006, the trial court is requested to advise this Court of the earliest possible date thereafter by which the supplemental record will be filed.

Because this Court can consider on appeal only those matters that were presented to the trial court or otherwise considered by the trial court in connection with the judgment now being appealed, the trial court should be mindful not to direct that the record on appeal be supplemented with matters that are not properly reviewable on appeal.

This Court further orders that the appellee shall have 14 days from the filing of the supplemental record or from entry of the trial court's denial of the motion to supplement to file his brief.

Done this the 23rd day of January, 2006.

_____
H. W. "Bucky" McMillan, Presiding Judge
Court of Criminal Appeals

cc: Hon. L. Bernard Smithart, Circuit Judge
Hon. Wilbert M. Jernigan, Circuit Clerk
Rashad Lee, Pro Se
Office of Attorney General

EXHIBIT RX-14