IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT COURT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RASHAD C. LEE, 213823 | * |
| Petitioner, | * |
| V. | *   CIVIL ACTION NO:2:05-CV-968-T |
| BILLIE MITCHEM, WARDEN, et al. | * |
| Respondents. | * |

**MOTION TO AMEND ORDER TO SHOW CAUSE**

**Comes Now**, Petitioner, pro se, pursuant to Rule 15 (c)(2)of the Federal Rules Of Civil Procedure, petitioning this court to allow Petitoner to amend his Order To Show Cause as to why his Habeus Petition should not be dismissed. In support of the motion Petitioner states the Following in Support:

1. It was ordered by this Honorable Court that on Or before January 4,2006 that Petitioner show cause as to why this court should not dismiss his Habeus Petition pursuant to 28 U.S.C Sec.2244(d)(1) and since then Petitioner has shown cause as order by the court but also has an Amended Reason that will result in a misacrriage of Justice if Petitioner isn't allowed to show this court as to why his Habeus Petiton should not be denied.

2. Petitoner respectfully asks this Honorable Court to COnsider the Holding in <u>U.S. V. Potes,</u> 880 F.2d 1475 (1st Cir.1989) where it was held: ".....Defendant could not be convicted

constitutionally of crime of possession with intent to import to the UNited States a controlled substance when crime was no loner on the books at the time of arrest and indictment. Maritime Drug Enforcement Act, Sec.1(d)(1), 21 U.S.C. (1982 Ed.) Sec.955 a (d)(1).

It was further held that A person **Cannot Constitutionally be convicted of a crime that does not exsist at the time of the alleged conduct. Therefore, the conviction must be reversed.**

3. Therefore Lee asks that this court consider the holding in the above Case although not mandatory but persuasive, and consider that as Potes Lee, too, was convicted of a crime that did not exsist at the time of his alleged conduct, and neither was the offense of Murder in the First Degree on the Books at the time of Lee's alleged conduct or indictment and therefore failure to consider this by This Honorable Court will result in a **Grave Miscarriage of Justice by this court to allow a conviction to stand under the circumstances described in Potes and Supported by Lee's Record on** file in this court.

## CONCLUSION AND RELIEF REQUESTED

**WHEREFORE**, Premises considered, Petitoner Prays that this court will grant this Motion To Amend, and further consider the cases cited therein, and not dismiss Petitoner Habeus Petition pursuant to 28 U.S.C. Sec.2244(d)(1) as if the Court does so it will result in a miscarriage of justice on behalf of the Courts to allow the Illegal and Unconstitutional Conviction to stand because Petitioner is Actual Innocent of the Crime to Which He was convicted of "Murder in the First Degree"

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this day, March 26th, served a copy of the foregoing "Motion to Amend Order to show cause" on the Attorney General for the state of Alabama, and on the Honorable Debra Hackett, Clerk for the Middle district Court, by U.S. Mail Postage Prepaid, from herein the Limestone Correctional Facility by placing the same in the Institutional MailBox.

RASHAD C. LEE 213823
L.C.F.
28779 NICK DAVIS ROAD
HARVEST, ALABAMA 35749-7009

CC: TROY KING, ATTORNEY GENERAL
    DEBRA HACKETT, CLERK OF COURT