IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| RASHAD C. LEE, #213 823 | * | |
| Petitioner, | * | |
| v. | * | 2:05-CV-968-WKW |
| BILLIE MITCHEM, WARDEN, *et al*., | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Petitioners' pleading filed March 29, 2006, which the court construes as a Motion to Supplement Petitioner's December 27, 2006 response, and for good cause, it is

ORDERED that the motion (Doc. No. 20) be and is hereby GRANTED.

Done this 4th day of April, 2006.

                                       /s/Charles S. Coody
                                       CHARLES S. COODY
                                       CHIEF UNITED STATES MAGISTRATE JUDGE