IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 MAY 18 A 9: 34

| | | |
|---|---|---|
| RASHAD C. LEE, 213823 | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv968-WKW |
| | ) | (WO) |
| BILLY MITCHEM, et al., | ) | |
| | ) | |
| Respondents. | ) | |

" MOTION FOR ENLARGEMENT OF TIME "

Comes Now, you Petitioner, Rashad Lee, Pro Pursuant to Rule 26(b) F.R.A.P. requesting that this Court Grant him an Enlargement of time to file his Objection to The Magistrate Reccomendation Issued by this Court on 5/3/06 In support of said motion Petitioner states the following:

(1) Instutional Law Library computers have been out of Order and the current case law needed to adequately prepare and file an objection to the reccomendation of the magistrate by the Petitioner will not be available until 5/16/06 upon the institution recieving the update of the new case law.

W H E R E F O R E , Premises considered Petitioner Prays that this Honorable Court would grant him an Extention of Enlargement of Time to File his Response to the Reccomendation of the Magistrate.

*[signature]*
RASHAD C. LEE 213823
LIMESTONE CORRECTIONAL FAC.
28779 NICK DAVIS ROAD
HARVEST, ALABAMA 35749-7009

CERTIFICATE OF SERVICE

I do hereby certify that on this the 12th Day of May, 2006, that I have served a true and certified copy of the foregoing pleading "Motion for an Enlargement of Time on Debra Hackett, Clerk of District Court, and Troy King Alabama Attorney General by way of United States Postage Service prepaid.

*[signature]*
RASHAD LEE 213823
LIMESTONE CORRECTIONAL
28779 NICK DAVIS ROAD
HARVEST, ALABAMA 35749-7009