IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| RASHAD C. LEE, #213 823 | * |
| Petitioner, | * |
| v. | *    CIVIL ACTION NO. 2:05-CV-968-WKW |
| BILLIE MITCHEM, WARDEN, *et al*., | * |
| Respondents. | * |

_____

**ORDER ON MOTION**

Upon consideration of Petitioners' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Petitioner's Motion for Extension of Time (Doc. No. 23) is GRANTED;

2. Petitioner is GRANTED an extension from May 16, 2006 to May 30, 2006 to file his objections to the Recommendation of the Magistrate Judge entered May 3, 2006.

Done this 19th day of May, 2006.

                                              /s/Charles S. Coody
                                              CHARLES S. COODY
                                              CHIEF UNITED STATES MAGISTRATE JUDGE