IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RASHAD C. LEE, # 213823,  )  | |
| ) | |
| Petitioner,  ) | |
| ) | |
| v.  ) | CASE NO. 2:05-CV-968-WKW |
| ) | (WO) |
| BILLY MITCHEM, *et al.*,  ) | |
| ) | |
| Respondents.  ) | |

**<u>FINAL JUDGMENT</u>**

In accordance with the prior proceedings and orders of the Court, it is ORDERED and ADJUDGED as follows:

1. All claims are hereby DISMISSED with prejudice.

2. The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

DONE this the 9th day of June, 2006.

                                          /s/  W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE